BAPTIST FOUNDATION FOR CHRISTIAN EDUCATION, Appellant-Petitioner, v. BAPTIST COLLEGE AT CHARLESTON, Respondent.

(330 S. E. (2d) 287)

Supreme Court

## ORDER

May 13, 1985.

The writ of certiorari to the Court of Appeals issued on December 4, 1984, 326 S. E. (2d) 649, is dismissed as improvidently granted.